IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMEISHA HOLDER**                                                                            **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO.:  3:15-cv-44-DPJ-FKB**

**GLOBAL EXPERTISE OUTSOURCING
INCORPORATED, DOING BUSINESS
AS THE GEO CORP, INC., AND
MANAGEMENT & TRAINING CORPORATION (MTC)**       **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures below, Plaintiff Jameisha Holder ("Holder") and Defendant Management & Training Corporation ("MTC") have settled their dispute.  As a result, Holder's claims against MTC are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Holder's claims against MTC are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

IT IS FURTHER ORDERED AND ADJUDGED that this case shall be closed as a result of this dismissal because all defendants have now been dismissed.[1]

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2015.

                                                 s/ *Daniel P. Jordan III*
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Holder's claims against Defendant Global Expertise Outsourcing Incorporation, doing business as the GEO Corp., Inc., were previously dismissed without prejudice prior to removal.  [Dkt. No. 2, P. 15].

AGREED AND APPROVED:

*/s/ Benjamin B. Morgan*
R. Jarrad Garner (MSB No. 99584)
Benjamin B. Morgan (MSB No. 103663)
ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone:     601-353-3234
Facsimile:     601-355-9708
jarrad.garner@arlaw.com
ben.morgan@arlaw.com
*Attorneys for Defendant MTC*

*/s/ Joseph A. Denson*
Joseph A. Denson, MBN 101910
DENSON AND ASSOCIATES, PLLC
Post Office Box 5022
Meridian, MS 39302-5022
Phone: 601-693-5400
Fax: 601-693-5983
jdenson@densonandassociates.com
*Attorney for Plaintiff Jameisha Holder*

*38965743_1*                                                    2